**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-62256-Civ-MGC**

MOHAMAD EL KASSEM, M.D.,
an individual,

    Plaintiff,

v.

SOUTH FLORIDA NEPHROLOGY GROUP,
P.A., a Florida corporation; ASGHAR A.
CHAUDHRY, M.D., an individual,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Mohamad El Kassem, M.D., by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and S.D. Local Rule 16.4, provides this Notice of Voluntary Dismissal with Prejudice with each party bearing its own attorneys' fees and costs.

Dated:  October 21, 2019

Respectfully submitted,

By: *s/ Christopher S. Prater*
**Jonathan E. Pollard**
Florida Bar No.: 83613
jpollard@pollardllc.com

**Christopher S. Prater**
Florida Bar No.: 105488
cprater@pollardllc.com

**POLLARD PLLC**
100 SE 3rd Ave., Ste. 601
Fort Lauderdale, FL 33394
Tel: 954-332-2380 / Fax: 866-594-5731
*Attorneys for* Plaintiff *Dr. El Kassem*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served via the Court's e-portal filing system on Hank Jackson (hjackson@shutts.com), of Shutts & Bowen LLP, 525 Okeechobee Blvd., Suite 1100, West Palm Beach, Florida 33401, Tel. 561-835-8500, Fax. 561-650-8530, on October 21, 2019.

By: *s/  Christopher S. Prater*
Christopher S. Prater
